

# Mandelbaum Salsburg
*Attorneys at Law*

**Joel G. MacMull, Member**
*Admitted to the New York Bar*

jmacmull@lawfirm.ms
973.295.3652 Direct

New Jersey • New York • Florida

3 Becker Farm Road
Roseland, New Jersey 07068
973.736.4600 Main
973.325.7467 Fax

1270 Avenue of the Americas, Suite 1808
New York, New York 10020
212.776.1834 Main
www.lawfirm.ms

**MEMO ENDORSED**

February 3, 2020

**VIA ECF**

Magistrate Judge Gabriel W. Gorenstein, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/20

Re:   ***Curated Works Inc. v. Deal.com, Inc.***
           **Case No. 19-cv-11509 (LAK) (GWG)**

Dear Magistrate Judge Gorenstein:

This office represents plaintiff Curated Works Inc. ("Curated") in connection with the above-captioned matter. We write to the Court now pursuant to § 1(F) of Your Honor's Individual Practices ("Practices") to request an adjournment of the parties' initial case management conference scheduled for 11:00 a.m. on February 11, 2020. (Dkt. No. 12.) Defendant Deal.com, Inc. joins plaintiff in this application.

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), we submit good cause exists for this requested adjournment. The undersigned is scheduled to be in Florida on February 11th in connection with longstanding, prepaid travel plans from February 8th through 15th, 2020.

In further compliance with § 1(F) of Your Honor's Practices, Your Honor's Law Clerk has identified the following alternative date of **March 9, 2020 at 2:15 p.m.** for which the Court is available for a rescheduled conference and to which the parties are agreeable.

Finally, defendant's counsel, Erica Van Loon, Esq., respectfully requests that she be permitted to attend the parties' forthcoming conference telephonically as she resides in Los Angeles, California. Plaintiff has no objection.

SO ORDERED:  DATE: 2/3/20

[signature]

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Granted. Please note time change to 2:15 pm.

4843-0971-7939, v. 1