AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

CURATED WORKS INC., d/b/a CURATED
                        Plaintiff (s),
V.
DEAL.COM, INC. a/k/a DEAL.COM,
GLOBAL, INC. d/b/a CURATED.COM
                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-cv-11509-LAK-GWG

Notice is hereby given that, subject to approval by the court, Plaintiff, Curated Works Inc. d/b/a Curated substitutes
(Party (s) Name)

Danielle M. DeFilippis, Esq. of Norris McLaughlin, P.A. , State Bar No. 4341319 as counsel of record in
(Name of New Attorney)

place of Joel Geoffrey MacMull, Esq., of Mandelbaum Salsburg, PC .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | NORRIS McLAUGHLIN, P.A. |
|---|---|
| Address: | 7 Times Square, 21st Floor |
| Telephone: | (917) 369-8841      Facsimile (212) 808-0744 |
| E-Mail (Optional): | dmdefilippis@norris-law.com |

I consent to the above substitution.

Date: 6/12/2020

GEORGE RAPTIS
(Signature of Party (s))

I consent to being substituted.

Date: 6/12/2020

JOEL G. MACMULL
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 6/12/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: June 12, 2020

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]