UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURATED WORKS INC. d/b/a CURATED<br><br>Plaintiff,<br><br>-against-<br><br>DEAL.COM, INC. a/k/a DEAL.COM GLOBAL INC. d/b/a CURATED.COM,<br><br>Defendant.<br><br>DEAL.COM, INC. d/b/a CURATED.COM,<br><br>Counterclaimant,<br>-against-<br><br>CURATED WORKS INC.,<br><br>Counterclaim Defendant. | Case No. 19-cv-11509-LAK-GWG<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE PURSUANT**<br>**TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF DISMISSAL WITH**
**PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

WHEREAS, Plaintiff and Counterclaim Defendant Curated Works Inc. d/b/a Curated ("Plaintiff") and Defendant and Counterclaimant Deal.com, Inc. a/k/a Deal.com Global Inc. d/b/a Curated.com ("Defendant") have amicably resolved this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), this action and all claims, counterclaims, and defenses in this action are hereby dismissed with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses of any type.

Dated: New York, New York
January 26, 2021

Respectfully submitted,

1

By: *[signature]*  
Danielle M. DeFilippis (DD1515)  
Norris McLaughlin, P.A.  
7 Times Square, 21st Floor  
New York, New York 10036  
(212) 808-0700 (telephone)  
(212) 808-0844 (fax)  
ddefilippis@norris-law.com  
*Attorneys for Plaintiff*

By: *[signature]*  
Erica J. Van Loon (*pro hac vice*)  
Lathrop GPM LLP  
2049 Century Park East, Suite 3500S  
Los Angeles, California 90067  
(310) 789-4659 (telephone)  
(310) 789-4601 (fax)  
Erica.VanLoon@LathropGPM.com  
*Attorneys for Defendant*